THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:17-cv-323-FL

| | |
|---|---|
| JACQUELINE CONOVER,<br>Plaintiff<br><br>vs.<br><br>TARGET CORPORATION,<br>Defendant. | **ORDER ON PLAINTIFF'S<br>MOTION TO REMAND** |

THIS MATTER is before the Court upon the Motion to Remand pursuant to 28 U.S.C. § 1447(c) and Local Rules 7.1 of the Rules of Practice and Procedures of the Rules of Practice and Procedures of the United States District Court of the Eastern District of North Carolina, and Plaintiff's request that the Court remand this case back to the Superior Court of Wilson County, North Carolina.

Upon consideration of the law and facts, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Remand is hereby GRANTED.

This the __29th__ day of __September__, 2017.

LOUISE W. FLANAGAN
United States District Judge