UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE CONOVER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TARGET CORPORATION, )<br>)<br>Defendant. ) | **JUDGMENT**<br>No. 5:17-CV-323-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion to remand this action to the Superior Court of Wilson County, North Carolina pursuant to 28 U.S.C. § 1447(c).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 29, 2017, and for the reasons set forth more specifically therein, that plaintiff's motion to remand is granted and this matter is REMANDED to the Superior Court of Wilson County, North Carolina for further proceedings.

**This Judgment Filed and Entered on September 29, 2017, and Copies To:**
Benjamin Logan Eagles (via CM/ECF Notice of Electronic Filing)
Rebecca Ann Rausch Thornton (via CM/ECF Notice of Electronic Filing)
The Honorable Andrew J. Whitley, Wilson County Clerk of Superior Court
    (via U.S. mail) PO Box 1608, Wilson, NC 27894


September 29, 2017                PETER A. MOORE, JR., CLERK
                                          /s/ Susan W. Tripp
                                          (By) Susan W. Tripp, Deputy Clerk